**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| TRACY JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:26-CV-16 |
| | ) | |
| vs. | ) | |
| | ) | |
| KANSAS CITY PUBLIC SCHOOLS, | ) | **Removed from the Circuit Court of Jackson** |
| | ) | **County, Missouri; Case No. 2516-CV36651** |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

TO:        Clerk of Court
United States District Court
For the Western District of Missouri

AND TO:    Tracy Johnson
3009 South Shrank
Independence, Missouri 64055
trjohnsondiva@hotmail.com

PLEASE TAKE NOTICE that Defendant The School District of Kansas City 33 d/b/a Kansas City Public Schools ("KCPS"), by and through counsel, hereby remove the above-captioned action from the Circuit Court of Jackson County, Missouri, to the United States District Court for the Western District of Missouri.

Removal to this Court is proper under 28 U.S.C. §§ 1331, 1367, 1441, and 1446. Removal is based on the grounds that follow.

## I.    Background

1. On November 4, 2025, Plaintiff filed a Petition in the Circuit Court of Jackson County, Missouri, entitled *Tracy Johnson v. Kansas City, Missouri Public Schools*, Case No. 2516-CV36651. A complete copy of the State Court file is attached hereto as **Exhibit A**.

2. The Petition seeks relief including for alleged violations of federal law by KCPS.

3. Specifically, the Petition, states that "The complaint details a case of retaliation and discrimination by the KCPS School District against myself in violation of federal and state laws." See Exhibit A at pg. 1.

4. KCPS was served with the Petition on December 10, 2025.

## II. Jurisdiction and Venue

5. Plaintiff's allegations in the Petition facially assert claims for retaliation and discrimination in violation of federal laws. *See* Exhibit A at pg. 1.

6. Consequently, Plaintiff's action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

7. On the face of the Petition, Plaintiff has pleaded a matter presenting a federal question. Accordingly, this Court has original federal question jurisdiction over Plaintiff's Petition. *See, e.g., Cagle v. NHC Healthcare-Maryland Heights, LLC*, 78 F.4th 1061, 1066 (8th Cir. 2023) (observing that federal jurisdiction exists where a federal question is presented on the face of plaintiff's pleaded complaint).

8. Furthermore, the Court has supplemental jurisdiction over Plaintiff's remaining state law claims pursuant to 28 U.S.C. § 1367(a) because those claims are expressly based on the same facts and are so related to the federal claims that they form part of the same case or controversy. *See, e.g., Hunter v. Page Cnty., Iowa*, 102 F.4th 853, 869 (8th Cir. 2024) ("The appearance of a federal due process claim on the face of plaintiffs' complaint created a federal question, provided a basis for removal, and consequently provided a basis for supplemental jurisdiction over plaintiffs' related state claims."); *Pet Quarters, Inc. v. Depository Tr. & Clearing Corp.*, 559 F.3d 772, 779 (8th Cir. 2009) ("If even one claim in the complaint involves a substantial federal question, the entire matter may be removed.")

9. Defendant removes the action to the United States District Court for the Western

2

District of Missouri, which is the judicial district embracing Jackson County in which the action currently is pending. *See* 28 U.S.C. § 105(b).

10.     Venue is proper in this Court because Jackson County, Missouri, is located within the Western Division of this Court.

### III.     Defendants' Notice of Removal is Procedurally Proper

11.     This Notice of Removal is being filed within thirty (30) days of the service of summons upon KCPS in compliance with 28 U.S.C. § 1446(b)(1).

12.     Pursuant to 28 U.S.C. § 1446(d), Defendant is filing a Notice of Removal with the Clerk of the Circuit Court of Jackson County, Missouri, and Defendant will promptly serve the same upon Plaintiff via mail and email.

13.     The cause of action is not an action described in 28 U.S.C. § 1445.

14.     No previous Notice of Removal has been filed in or made to this Court for the relief sought herein.

WHEREFORE, Defendant KCPS prays that the above captioned case pending in the Circuit Court of Jackson County, Missouri, be removed to this federal court for further proceedings based on federal question jurisdiction and supplemental jurisdiction, that this court take jurisdiction herein, and for any other and further relief as this court deems just and proper.

3

Respectfully submitted,

ARMSTRONG TEASDALE LLP

 */s/ Joshua Haner*

Tyson H. Ketchum          #50426
Kevin W. Prewitt          #66161
Joshua Haner              #69115
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
816.221.3420
816.221.0786 (Facsimile)
tketchum@atllp.com
kprewitt@atllp.com
jhaner@atllp.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 9, 2026, I electronically filed the foregoing with the clerk of the court using the Court's CM/ECF system which will send a notice of electronic filing to all counsel of record.

Tracy Johnson
3009 South Shrank
Independence, Missouri 64055
trjohnsondiva@hotmail.com

 */s/ Joshua Haner*
*Attorney for Defendant*

4